**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.                                                          Case No.: 3:06-CR-67/RV

EDWARD KRAUSE,

        Defendant-Appellant.
_____/

**ORDER**

      Pending before the Court is a brief filed by the attorney of record for Defendant-Appellant Edward Krause, filed pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) (Doc. 16). The brief states there are no good faith arguments in support of this appeal of the misdemeanor sentence and judgment. However, counsel raises four separate issues that "this Court may wish to consider." The brief requests that the Court "permit Appellant to file a brief on his own behalf if he wishes." By separate motion, counsel has moved to withdraw as attorney of record (Doc. 17).

      Upon consideration, it is hereby ORDERED that Appellant Krause shall have until October 6, 2006, in which to file a brief on his own behalf, should he choose to do so. I have reviewed preliminarily the four issues raised in the <u>Anders</u> brief, and the only issue that appears to have any possible arguable merit concerns the wavier of jury trial. Appellant may wish, therefore, to focus his brief on this issue. However, Appellant may also address any claims that he believes are appropriate. Counsel's motion to withdraw, (doc. 17) is GRANTED.

      DONE AND ORDERED this 22nd day of September, 2006.

                                                */s/ Roger Vinson*
                                              **ROGER VINSON
                                              Senior United States District Judge**